UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMAAR SEGAR,<br><br>                Plaintiff,<br><br>   v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | Case No. C21-1526-JHC-MLP<br><br>MINUTE ORDER |

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      The matter is before the Court on Defendant's Motion Regarding Collection of Facebook Materials (dkt. # 42) and Plaintiff's response (dkt. # 43). The Court previously ordered Plaintiff to provide access to his social media accounts such as Facebook using vendor KL Discovery at Defendant's sole expense. (Dkt. # 38.) Although Plaintiff made efforts to comply, retrieval of his Facebook content was unsuccessful. (*See* dkt. # 43 at 1-2.) Accordingly, the Court hereby GRANTS Defendant's motion (dkt. # 42) and ORDERS Plaintiff to again provide access to his Facebook content using KL Discovery at Defendant's sole expense.

MINUTE ORDER - 1

Dated this 23rd day of November, 2022.

                                         Ravi Subramanian
                                         Clerk of Court

                                    By: Tim Farrell
                                         Deputy Clerk

MINUTE ORDER - 2