The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMAAR SEGAR, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>　　　　Defendants. | NO. 2:21-cv-01526-JHC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS**<br><br>**[CLERK'S ACTION REQUIRED]** |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jamaar Segar and Defendant Allstate Fire and Casualty Insurance Company, by and through their respective undersigned counsel, stipulate that above-captioned action, and all claims and causes of action asserted therein by Plaintiff against Allstate be dismissed with prejudice and without attorneys' fees or costs to any party.

//

//

//

//

//

STIPULATED MOTION AND ORDER OF DISMISSAL
(CASE NO. 21-CV-01526-JHC) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1     DATED this 8th day of May, 2023.

| PEREZ & PEREZ | FOX ROTHSCHILD LLP |
|---|---|
| *s/Sarah J. Perez* | *s/ Bryan J. Case* |
| Sarah J. Perez, WSBA #44757 | Gavin W. Skok, WSBA #29766 |
| | Bryan J. Case, WSBA #41781 |
| *Attorneys for Plaintiff* | Jon Bogdanov, WSBA #52857 |
| | *Attorneys for Defendant Allstate Fire and Casualty Insurance Company* |

STIPULATED MOTION AND ORDER OF DISMISSAL
(CASE NO. 21-CV-01526-JHC) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

## ORDER

Based on the foregoing stipulation and good cause having been shown, the Stipulated Motion to Dismiss is GRANTED.

SO ORDERED this 8th day of May, 2023.

*[signature: John H. Chun]*

The Honorable John H. Chun
United States District Judge

FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Gavin W. Skok, WSBA #29766
Bryan J. Case, WSBA #41781
Jon Bogdanov, WSBA #52857

*Attorneys for Defendant Allstate Fire and Casualty Insurance Company*

PEREZ & PEREZ

*s/ Sarah J. Perez*
Sarah J. Perez, WSBA #44757

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER OF DISMISSAL
(CASE NO. 21-CV-01526-JHC) - 3

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600